FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADLEY THOMAS DWYER,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES JUDICIAL SYSTEM and UNITED STATES OF AMERICA,<br><br>   Defendants. | No. 1:23-cv-03062-MKD<br><br>ORDER TO STRIKE UNSIGNED COMPLAINT AND DISMISS ACTION |

On May 23, 2023, the Court instructed Plaintiff Bradley Thomas Dwyer, a *pro se* pretrial detainee at the Kittitas County Jail, either to pay the applicable filing fee of $402.00 (a $350.00 filing fee plus a $52.00 administrative fee) to commence this action as required by 28 U.S.C. § 1914, or to properly request leave to proceed *in forma pauperis* as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(a).  ECF No. 4 at 2.  In addition, the Court instructed Plaintiff to sign and return the signature page of his complaint as required by Federal Rule of Civil

ORDER TO STRIKE UNSIGNED COMPLAINT AND DISMISS ACTION - 1

Procedure 11(a).  *Id.*

On June 21, 2023, Plaintiff filed a Declaration and Application to Proceed *In Forma Pauperis* By a Prisoner Bringing a Civil Rights Action Pursuant to 42 U.S.C. § 1983, along with a statement of his inmate account, covering the period of April 11, 2023, to June 5, 2023.  ECF Nos. 5, 6.  Plaintiff advised the Court of his unsuccessful efforts to obtain statements from the different facilities where he was confined during the preceding six months.  ECF No. 5-1.

Most significantly, Plaintiff did not sign and return his complaint as he was twice directed to do.  *See* ECF Nos. 2, 4.  The Court had cautioned Plaintiff that if he failed to sign and return the signature page, then the complaint would be stricken, and the action dismissed.  ECF No. 4 at 2-3.  Nevertheless, Plaintiff did not sign and return the complaint to the Court.

Accordingly, for the reasons set forth above, and in the Court's prior Order, ECF No. 4, **IT IS ORDERED** that the complaint is **STRICKEN** under Fed. R. Civ. P. 11(a), and this action is **DISMISSED WITHOUT PREJUDICE**.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

ORDER TO STRIKE UNSIGNED COMPLAINT AND DISMISS ACTION - 2

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file.

**DATED** June 29, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER TO STRIKE UNSIGNED COMPLAINT AND DISMISS ACTION - 3